IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-00528-PAB-MJW

RONALD W. THWEATT,

Plaintiffs,

v.

THOMAS C. FISHER, M.D., Buena Vista Correctional Complex, and
RONDA KATZENMEYER, H.S.A., Buena Vista Correctional Complex,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the plaintiff's Motion Requesting Leave to Amend Complaint (Docket No. 16) is denied without prejudice based upon the plaintiff's failure to tender a proposed Second Amended Complaint.

Date: May 13, 2011