IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-00528-PAB-MJW

RONALD W. THWEATT,

Plaintiff,

v.

THOMAS C. FISHER, M.D., Buena Vista Correctional Complex, and
RONDA KATZENMEYER, H.S.A., Buena Vista Correctional Complex,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the plaintiff's Motion Requesting Leave to Amend Complaint (Docket No. 21) is denied without prejudice.  As this court explained in a Minute Order filed on May 19, 2011 (Docket No. 20), plaintiff's tendered amendment (Docket No. 19 which has been stricken by this court, see Docket No. 20) improperly lists additions and substitutions he wants the court to make to his pleading.  If plaintiff seeks to amend his pleading, he must file a motion for leave to do so and along with that motion must tender a Second Amended Complaint which contains what he wants to remain in his pleading as well as all of the additions and amendments he seeks to make to his First Amended Complaint.  Plaintiff needs to tender one complete pleading rather than asking the court to make the requested additions and substitutions to the First Amended Complaint.

Date:  May 24, 2011