IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-00528-PAB-MJW

RONALD W. THWEATT,

Plaintiff(s),

v.

THOMAS C. FISHER, M.D., Buena Vista Correctional Complex, and
RONDA KATZENMEYER, H.S.A., Buena Vista Correctional Complex,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     Rule 15(a) of the Federal Rules of Civil Procedure provides that "[t]he court should freely give leave [to amend] when justice so requires." Fed. R. Civ. P. 15(a)(2). "Refusing leave to amend is generally only justified upon a showing of undue delay, undue prejudice to the opposing party, bad faith or dilatory motive, failure to cure deficiencies by amendments previously allowed, or futility of amendment." Frank v. U.S. West, Inc., 3 F.3d 1357, 1365 (10th Cir. 1993) (citations omitted).

     It is hereby ORDERED that the Pro Se Incarcerated Plaintiff's Motion Requesting Leave to Amend Complaint (docket no. 26) is GRANTED. Defendants do not oppose this motion. See Response at docket no. 34. The Second Amended Prisoner Complaint (docket no. 26-1) is accepted for filing as of the date of this minute order.

Date:  July 26, 2011