IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 11-cv-00528-PAB-BNB

RONALD W. THWEATT,

    Plaintiff,

v.

STATE OF COLORADO,

    Defendant.

_____

**ORDER OF DISMISSAL WITH PREJUDICE**
_____

    This matter comes before the Court on the Stipulated Motion to Dismiss With Prejudice [Docket No. 90]. The Court has reviewed the pleading and is fully advised in the premises. It is

    ORDERED that the Stipulated Motion to Dismiss With Prejudice [Docket No. 90] is GRANTED. It is further

    ORDERED that, pursuant to Fed. R. Civ. P. 41(a), this matter, and all claims asserted therein, is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

    DATED April 10, 2012.

                                                BY THE COURT:

                                               s/Philip A. Brimmer
                                               PHILIP A. BRIMMER
                                               United States District Judge